# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Manuel Alejandro AGUILAR MENDOZA,<br><br>                               Petitioner,<br><br>    v.<br><br>Kevin RAYCRAFT, in his official capacity as Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; Julie MASSENGILL, in her official capacity as Jail Administrator of the Monroe County Jail; Kristi NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, in her official capacity as U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>                              Respondents. | Case No. 2:26-CV-10355<br><br>Hon. Denise Page Hood |

## STIPULATED ORDER TO FILE OVERSIZED REPLY BRIEF

    Based on the stipulation of the parties, Petitioner may file a reply brief of up to 12 pages.

Dated: February 24, 2026                        s/Denise Page Hood
                                                                         United States District Judge

The parties stipulate to the entry of this order:

/s/Michael J. Steinberg
Michael J. Steinberg (P43085)
Civil Rights Litigation Initiative
University of Michigan Law School
701 South State St., Suite 200
Ann Arbor, MI 48109
(734) 615-2407
mjsteinb@umich.edu

Co-Counsel for Petitioner

Dated: February 18, 2026

/s/Zak Toomey
Zak Toomey (P88604
Assistant U.S. Attorney
U.S. Attorney's Office
211 West Fort St.
Detroit, MI 48226
(313) 226-9617
Zak.Toomey@usdoj.gov

Counsel for Respondents

Dated: February 18, 2026