United States District Court
Eastern District of Michigan


Manuel Alejandro Aguilar Mendoza,

      Plaintiff,

v.


Kevin Raycraft, Field Office Director
of Enforcement and Removal
Operations, Detroit Field Office,
Immigration and Customs
Enforcement, et al.,

      Defendants.

Civil No. 26-10355

Honorable Denise Page Hood

---

## Stipulated Order of Voluntary Dismissal

---

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),
this action is voluntarily dismissed without prejudice. Each party shall bear their
own fees and costs.


      IT IS SO ORDERED.

                         s/Denise Page Hood
                         Denise Page Hood
                         United States District Judge

Dated:   May 20, 2026

Stipulated and Agreed to By:

Michigan Immigrant Rights Center

Jerome F. Gorgon Jr.
United States Attorney


*/s/ Molly Huffaker (w/ consent)*
Molly Huffaker (MI P85612)
1500 E Beltline SE
Suite 300
Grand Rapids, MI 49506
(313) 723-1456
mhuffaker@michiganimmigrant.org

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov


*Counsel for Petitioner*

*Counsel for Respondents*


Dated: May 19, 2026

Dated: May 19, 2026